UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SANDRA PEREZ,<br><br>  Plaintiff,<br>VS.<br><br>MERRILL LYNCH & CO., INC., *et al*,<br><br>  Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. M-06-248<br>§<br>§<br>§<br>§ |

### ORDER ON JOINT STIPULATION TO NON-SUIT AND TO DISMISS WITH PREJUDICE

The Court has considered the Joint Stipulation to Non-Suit and to Dismiss With Prejudice filed jointly by the parties. On the basis of the parties' stipulation, any and all claims and causes of action that were brought or that could have been brought against Defendant Merrill Lynch & Co., Inc. and that could have been brought against Merrill Lynch, Pierce, Fenner & Smith, Inc., and their respective employees and agents, are hereby non-suited and dismissed with prejudice to Plaintiff's right to refile same or any part thereof.

Attorney fees and costs shall be borne by the party incurring same.

SO ORDERED this 9th day of March, 2007, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1